IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNIE L. RUTH                                                                                    PLAINTIFF

v.                                      No. 4:10-cv-292-DPM

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                        DEFENDANT

JUDGMENT

The administrative decision is reversed and the matter remanded for reconsideration. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

So ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

9/26/2011

-1-