IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNIE L. RUTH                                                              PLAINTIFF

v.                        No. 4:10-cv-292-DPM

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                            DEFENDANT

ORDER

Ruth's motion for a reasonable attorney's fee and costs, *Document No. 19*, which is unopposed except for the requested hourly rate, is granted in part and denied in part. $175.00 is, the Court concludes, the appropriate hourly rate for 2010 and 2011, and results in a reasonable fee all material things considered. The Court therefore awards $3540.66 — $23.16 in costs and $3,517.50 for counsel's good work. The Court directs the Commissioner to make the check payable to Johnnie L. Ruth in care of his lawyer.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2012

-1-